UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**FILED**
U.S DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR - 2 2012

DAVID J. MALAND, CLERK
BY _____
DEPUTY

**UNITED STATES OF AMERICA**

V.

**JOSE ANTONIO FIGUEROA**

CRIMINAL COMPLAINT

CASE NUMBER: 4:12MJ126

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 2011, up until the present, in the Eastern District of Texas and elsewhere, defendant **Jose Antonio Figueroa** did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the affiant, to possess with the intent to distribute at least 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1). I further state that I am a(n) Special Agent of the Drug Enforcement Administration and that this complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.   Yes.

_____
SA Richard Clough, DEA
Complainant

Sworn to before me, and subscribed in my presence

April 2, 2012                                         at          Sherman, Texas
_____                                           _____
Date                                                              City and State
AMOS L. MAZZANT
U. S. MAGISTRATE JUDGE
_____                                           _____
Name and Title of Judicial Officer                                Signature of Judicial Officer